**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:23-cv-00609

MOTTO FRANCHISING, LLC,

    Plaintiff

v.

UMortgage LLC

    Defendant

---

**MOTTO'S CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Motto Franchising, LLC, a Delaware limited liability company d/b/a Motto® Mortgage ("Motto"), by and through undersigned counsel, files this Corporate Disclosure Statement identifying the following parent corporations and/or any publicly held corporations that own 10% or more of its stock:

1. Motto is a member-managed Delaware limited liability company whose sole member is RE/MAX, LLC, a Delaware limited liability company. RE/MAX, LLC is a member-managed limited liability company whose sole member is RMCO, LLC, a Delaware limited liability company. RMCO, LLC is a manager-managed limited liability company whose members are RIHI, Inc., a Delaware corporation, and RE/MAX Holdings, Inc., a Delaware corporation.

2. BlackRock, Inc., a publicly traded Delaware corporation with a New York principal place of business, owns more than 10% of RE/MAX Holdings, Inc.

A supplemental disclosure statement will be filed promptly upon any change in the information provided herein.

Respectfully submitted this 8th day of March, 2023.

          /s/  *Jacqueline V. Roeder*
Jacqueline V. Roeder
Sarah E. Barr
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202
Telephone: (303) 892-9400
Email:  jackie.roeder@dgslaw.com
        sarah.barr@dgslaw.com

*Attorneys for Plaintiff, Motto Franchising, LLC*

2