**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00609-NRN

MOTTO FRANCHISING, LLC,

   Plaintiff,

v.

UMortgage LLC,

   Defendant.

---

**UMORTGAGE'S CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant UMortgage LLC, a Delaware Limited Liability Company, by and through undersigned counsel, files this Corporate Disclosure Statement identifying the following parent corporations and/or any publicly held corporations that own 10% or more of its stock:

1. UM Group Holding Company LLC owns 10% or more of UMortgage, LLC's stock.

A supplemental disclosure statement will be filed promptly upon any change in the information provided herein.

Respectfully submitted this 10th day of April 2023.

*s/ Kristin R.B. White*
Kristin R.B. White
FISHER & PHILLIPS LLP
1125 17th Street, Suite 2400
Denver, Colorado 80202
Telephone:  303-218-3650
Facsimile:  303-218-3651
kwhite@fisherphillips.com


Marcia Goodman (application pending)
David Lizmi (application pending)
Thomas P. Halpern
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone: 212-506-2500
mgoodman@mayerbrown.com
THalpern@mayerbrown.com
DLizmi@mayerbrown.com

**ATTORNEYS FOR DEFENDANT**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2023, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was electronically filed and served with the clerk of court via the CM/ECF system to all attorney of record.

Jacqueline V. Roeder
Emily L. Wasserman
Sarah E. Barr
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202
Telephone: (303) 892-9400
Email: jackie.roeder@dgslaw.com
emily.wasserman@dgslaw.com
sarah.barr@dgslaw.com

*Attorneys for Plaintiff*

*s/ Kristin R.B. White*
Kristin R.B. White
For Fisher & Phillips LLP